United States District Court
for the District of New Jersey

_____

JOSEPH NOBILE

    Plaintiff

v.

PRUDENTIAL FINANCIAL COMPANIES

    Defendant
_____

Civil No. 07-1541

Order of Reassignment

It is on this 8th day of December 2008,

O R D E R E D that the entitled action is reassigned

from Judge Harold A. Ackerman to Judge Garrett E. Brown, Jr.

    S/Garrett E. Brown, Jr.
    Garrett E. Brown, Jr., Chief Judge
    United States District Court